*FILED*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

2017 JUN 29 PM 1:24

_____ Division

## CIVIL RIGHTS COMPLAINT FORM

Rico L. Mitchell _____

_____

(Enter full name of each Plaintiff and
prison number, if applicable)

v.

Duval county Jail/Doc. PDF

Captain Sisak, Lt. Smith, Sgt. Clark,

_____

(Enter <u>full name</u> of each <u>Defendant</u>.
If additional space is required, use the
blank area directly to the right).

_____/

CASE NUMBER: 3:17-cv-751-J-34PDB
(To be supplied by Clerk's Office)

## <u>ANSWER ALL OF THE FOLLOWING QUESTIONS:</u>

I.   <u>PLACE OF PRESENT CONFINEMENT</u>: Duval county Jail Pre-trial Detention Facility
(Indicate the name and location)
(PDF) 500 East Adams street Jacksonville Fl, 32202

II.  <u>EXHAUSTION OF ADMINISTRATIVE REMEDIES</u>: Exhaustion of administrative remedies is
required prior to pursuing a civil rights action regarding conditions or events in any prison, jail,
or detention center.  42 U.S.C. § 1997e(a).  Plaintiff is warned that any claims for which the
administrative grievance process was not completed prior to filing this lawsuit may be subject
to dismissal.

III. <u>PREVIOUS LAWSUITS:</u>

NoNe

DC 225 (Rev 2/2012)                    1

A.  Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes (   ) No ( ✓ )

B.  Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes (   )   No ( ✓ )

C.  If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1.   Parties to previous lawsuit:

      Plaintiff(s): _____ *N/A* _____

      _____

      Defendant(s): _____ *N/A* _____

      _____

   2.   Court (if federal court, name the district; if state court, name the county):

      _____ *N/A* _____

   3.   Docket Number: _____ *N/A* _____

   4.   Name of judge: _____ *N/A* _____

   5.   Briefly describe the facts and basis of the lawsuit: *N/A* _____

      _____

      _____

   6.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

      _____ *N/A* _____

      _____

   7.   Approximate filing date: _____ *N/A* _____

   8.   Approximate disposition date: _____ *N/A* _____

D.  Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____ N/A _____

_____

_____

_____

_____

IV.   **PARTIES:**  In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.   Name of Plaintiff: _Rico L. Mitchell_____

Mailing address: _500 East Adams St Jacksonville Fla. 32202_____

_____

B.   Additional Plaintiffs: _N/A_____

_____

_____

In part C of this section, indicate the **full name** of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed.  For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.   Defendant: _L.T Smith_____

Mailing Address: _500 East Adams Street Jacksonville Fla. 32202_____

_____

Position: _L.T Smith — over the Mail Room_____

Employed at: _500 East Adams Street Jacksonville Fla. 32202; Jail_____

D.   Defendant: _Captain. Sisak_____

Mailing Address: _500 East Adams Street Jacksonville Fla. 32202_____

_____

Position: _Captain_

Employed at: _500 East Adams Street Jacksonville Fl, 32202. Jail_

E.    Defendant: _Sgt Clark_

Mailing Address: _500 East Adams Street Jacksonville Fl, 32202._

Position: _Sgt over the Mail Room_

Employed at: _500 East Adams Street Jacksonville Fl, 32202_

F.    Defendant: _____

Mailing Address: _____

Position: _____

Employed at: _____

G.    Defendant: _____

Mailing Address: _____

Position: _____

Employed at: _____

V.   STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

4th

Amendment, u.s. code 18 § 1702 obstruction of correspondence

My outgoing mail was cut open from the side, And someone placed someone else's letters in my envolpe and my family did Not Receive my letters, Because they was Switched out with someone else's letters, And my envolpe was sealed, Prior to giving it to the mail lady.

VI.   STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1.   Name and position of person(s) involved.
2.   Date(s).
3.   Place(s).
4.   Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.   Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

A.1 Officer Ms. Perkins the mail lady ② I mail out my letter on or about March 23 2017. ③ Duval county Jail. PDF 5E3④ She, Ms Perkins took custody of my letter/envelope. ⑤ She Ms Perkins did Not protect my Mail. Stress. arguments with my wife. Feeling like My privacy was violated. Depressed. HeadAches. Anxiety.

B.1 Sgt Clark MailRoom Supervisor. ② 4-4-2017 and on 5/7/2017. ③ Duval county Jail. PDF 5E3 and the hallway ④ On 5/7/2017 I wrote a grievance to LT. smith about my outgoing mail being tempered with, and you Responed instead of LT. smith. also on my Request DAte 4-4-2017 to Sgt people you intercepted it as well. on 4-6-2017 you spoke with me saying "you Need to Stop

writing these grievance and Focus on your case," on the grievance you explained to me the mail procedures. But when you spoke to me you clearly did not explain to me the Jail procedures why my mail were tempered it.(5) I felt threatened, intimidated, embarassed, depressed, stress, Anxiety, head Aches feeling like my privacy was violated.

C.1 Lt. Smith Supervisor over Sgt Clark over the mail Room.(2) 4-11-2017.(3) Duval county Jail PDF 5E3 outside of the control Booth(4) 'on the 7 to 3 shift at 11:10 am on 4-11-2017 Lt. Smith call me out of the Dorm 5E3 and talked to me. Because I had put in a employee complaint Form on Sgt Clark who is the Sgt over the mail Room. Now Lt. Smith is calling my wife why I thought once you put in a Employee complaint Form it go to "Internal-Affairs" I have put in a Grievance Form First, on Lt. Smith and an Sgt Clark. Lt "Smith" Said he will make sure it's not one of his people doing it to my Mail. But it is clear that my outgoing and incoming mail is being tempered, censored and legal mail opened and Read with out my permission or a warrant. Lt Smith is not properly investigation my Mail Violation.(5) Fear for my family, stress, head Aches, intimidated, Anxiety, depressed, up set.

D.1 Captain Sisak Supervisor over the Jail PDF.(2) 4-4-217.(3) Duval county Jail PDF. (4) I submitted a grievance to captain Sisak stating, This is my third time having problem with my mail. One time it was with my legal mail you can see on 10/14/2016 I had 3 legal paper seize from me and put in property. The second time I wrote my family a letter and they did not received it once I mail it to them. Now this third time my family just got my mail I send from here and it has been open and it was someone else's letters in it and my letter my family did not received. And captain Sisak Replied, if your mail is not being tampered with. your legal mail was placed in property becase they were photo's and you are allowed to view them at your Requests" Since my mail was tampered with it is obvious she captain Sisak is covering up For mail tampering. Secondly. My legal Mail is Protected Clints- Attorney privilleged information and not to be Violated.

VII.   RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I want Fines and imprisonment and Firing of captain Sisak, Lt smith, Sgt clark.

I want the letters I sent to my family what they have giving to someone else's found and Returned back to my family. In conclusion, I want to be compensated $5 million Dollars for my pain and suffering for myself and my family

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this _15_ day of _June_ , 20_17_ .

_Rico Mitchell_

_Rico Mitchell_

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the _____ day of _____ , 20_17_ .