## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**RICO LAMONT MITCHELL,**

        **Plaintiff,**

**v.**                              **Case No. 3:17-cv-751-J-34PDB**

**J.M. PERKINS, et al.,**

        **Defendants.**

### <u>NOTICE OF LEAD COUNSEL AND SETTLEMENT</u>

Plaintiff Rico Lamont Mitchell notifies the Court that the undersigned counsel, Michael R. Baumrind, will serve as lead counsel in this action.  In addition, Mr. Mitchell reports that the parties have reached an agreement to resolve all matters in this case and will file the necessary papers for dismissal once the settlement agreement is fully executed.

*Signature follows on the next page.*

Respectfully submitted this 15th day of October, 2021.

BONDURANT, MIXSON & ELMORE, LLP


*/s/ Michael R. Baumrind*
Michael R. Baumrind
Georgia Bar No. 960296
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
baumrind@bmelaw.com

*Attorney for Plaintiff Rico Lamont Mitchell*

#3296802v1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have this day electronically filed the within and

foregoing **NOTICE OF LEAD COUNSEL AND SETTLEMENT** with the Clerk

of Court using the CM/ECF system, which will automatically send e-mail

notification of such filing to all counsel of record.

This 15th day of October, 2021.


*/s/ Michael R. Baumrind*
Michael R. Baumrind
Georgia Bar No. 960296

#3296802v1

3